Timothy R. Kurtz, ISB No. 8774
Chapter 7 Bankruptcy Trustee
P.O. Box 956
Boise, ID 83701
Telephone: (208) 287-8125
Facsimile: (208) 287-8130

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>GOERS, DANIEL WAYNE<br>GOERS, CHERIE LYNN<br><br>                     Debtors. | Case No. 20-00987-JMM<br>Chapter 7<br><br>**MOTION FOR APPROVAL OF<br>SALE OF REAL PROPERTY PURSUANT<br>TO SECTION 363(b) AND APPLICATION<br>FOR COMPENSATION OF REALTOR** |

Pursuant to 11 U.S.C. § 363(b), Bankruptcy Rules 6004 and 9014, and LBR 2002.1, Timothy R. Kurtz (the "Trustee"), the Chapter 7 Trustee in the above case, moves this Court for approval to sell the real property (the "Real Property") more fully described below and to approve the compensation to Realtor requested herein. The information required by LBR 2002.1 is set forth in this motion as follows:

      1.      **Description of Real Property.** The Real Property consists of residential real property located at 157 Mores Creek Rim Rd., Boise, Idaho 83716, which is more particularly described as: T4N R4E MORES CRK RIM RANCHES AMD 2-3 LOT 41 & PTN OF 40 OR TAX 263 SEC 28 (MH DECLARED REAL PROPERTY); Parcel ID Number RP04700000041A. The Real Property is also more particularly described in that certain Deed of

**MOTION FOR APPROVAL OF SALE OF REAL PROPERTY PURSUANT TO
SECTION 363(b) AND APPLICATION FOR COMPENSATION OF REALTOR - 1**

Trust recorded in the real property records of Boise County as Instrument No. 248411, and such legal description is hereby incorporated by reference.

2. **Date, Time, and Place of Sale.** The sale shall be a public auction on May 21, 2021 commencing at 1:00 p.m. MT, Corbett Bottles Real Estate and Marketing LLC, at the address of 839 S. Bridgeway Pl., Eagle, Idaho 83616.

3. **Material Terms of Sale.** The Real Property shall be sold to the highest bidder for not less than a gross purchase price of $356,000.00. The Trustee has received and accepted from Jeffrey Lewis Wetherholt and Dawn Marie Wetherholt (the "Buyers"), subject to higher bids and Court approval, an offer of $356,000.00 for purchase of the Real Property. Trustee is not aware of any connection between the Buyers and Debtors. Closing will be held at the convenience of the parties or as soon after Court approval as possible.

4. **Bidding Procedures.** The opening bid price shall be the Buyers' bid of $356,000.00. Any competing overbids shall start at $360,000.00. Minimum bid increments shall be $1,000.00. Bidders may bid in increments of more than $1,000.00 if desired. In order to participate in the auction, an overbidder must submit to the Trustee, at least prior to the start of the auction, certified funds in the amount of $3,500.00, payable to "Timothy R. Kurtz, Trustee." Should the overbidder be the winning bidder, these funds will be retained by the Trustee as a nonrefundable deposit for application against the purchase price at the closing; or returned to the overbidder in the event that the Bankruptcy Court does not approve the sale. The certified funds of unsuccessful bidders will be refunded to those parties after the auction.

5. **Sale Free and Clear.** This is not a sale free and clear pursuant to 11 U.S.C. § 363(f). Instead, all valid encumbrances will be paid in full at closing. All valid liens shall attach to the sale proceeds.

**MOTION FOR APPROVAL OF SALE OF REAL PROPERTY PURSUANT TO SECTION 363(b) AND APPLICATION FOR COMPENSATION OF REALTOR - 2**

6. **Fair Market Value.** Trustee believes the purchase price is approximate to the fair market value of the property, based upon his discussion with his realtor and current market conditions in the Treasure Valley.

7. **Known Liens or Encumbrances.** Idaho Central Credit Union ("Idaho Central") holds a first lien securing a debt of approximately $77,437.01 and a second lien HELOC securing a debt of approximately $50,177.43.

8. **Homestead Exemption.** Debtor claims a $175,000.00 homestead exemption in the Real Property, which shall be paid from the sale proceeds.

9. **Distribution of Sale Proceeds.** Subject to Court approval, estimates that the sale proceeds shall be distributed in the following approximate amounts at the time of closing:

| Sale Price | $ 356,000.00 |
|---|---|
| Less Estimated Deductions: | |
| | |
| Homestead Exemption | $ 175,000.00 |
| Idaho Central Credit Union Liens | $ 127,614.44 |
| Estimated Real Property Taxes | $ 2,000.00 |
| 6% Realtor Commission | $ 21,360.00 |
| Estimated Closing Costs | $ 2,095.00 |
| | |
| Total Estimated Deductions | $ 328,069.44 |
| | |
| **Net Proceeds to Estate** | **$ 27,930.56** |

10. **Objections.** Pursuant to Bankruptcy Rule 6004(b), if you object to the sale, you must file a written objection with the U.S. Bankruptcy Court (550 W. Fort St., Boise, ID 83724) no later than 21 days from the mailing of this Motion. You must also serve a copy upon the Trustee (Timothy R. Kurtz, P.O. Box 956, Boise, ID 83701). You may also attend the scheduled hearing and present your views or support your filed response.

**MOTION FOR APPROVAL OF SALE OF REAL PROPERTY PURSUANT TO SECTION 363(b) AND APPLICATION FOR COMPENSATION OF REALTOR - 3**

11. **No Tax Consequences to Bankruptcy Estate.** Trustee does not estimate any tax consequences to the bankruptcy estate from the sale of the Real Property.

12. The Trustee believes and certifies that all interested parties have been properly notified pursuant to Bankruptcy Rules 2002 and 6004, and LBR 2002.1. The Trustee believes the proposed sale is in the best interest of the estate and creditors.

13. THE SUBJECT PROPERTY SHALL BE SOLD AS IS, WHERE IS, AND WITHOUT WARRANTY OF ANY NATURE WHATSOEVER, EITHER EXPRESSED OR IMPLIED. The Trustee requests that approval of this sale be effective immediately and the 14-day stay imposed by Fed. R. Bankr. P 6004(h) and other rules be waived.

14. **Compensation of Realtor**. Trustee filed an Application for an Order Approving Employment of Professional Realtor (the "Application") (Dkt. No. 20) on March 1, 2021 to employ Kent Corbett ("Realtor") at the rate of 6% of the gross sale price of the Real Property. The Court entered its Order Approving Employment of Realtor (Dkt. No. 29) on April 9, 2021. Since April 16, 2021, Realtor listed the Real Property on the MLS. Realtor obtained the purchase offer from the Buyers that is the subject of this motion. Accordingly, pursuant to 11 U.S.C. § 327 and 330(a), Trustee seeks Court approval of Realtor's commission of $21,360.00 (6% of the gross sales price) or 6% of the highest gross bid for the Real Property, should there be competitive bidding at the auction for the Real Property.

DATED April 27, 2021.

/s/ Timothy R. Kurtz
Chapter 7 Bankruptcy Trustee

**MOTION FOR APPROVAL OF SALE OF REAL PROPERTY PURSUANT TO SECTION 363(b) AND APPLICATION FOR COMPENSATION OF REALTOR - 4**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 27, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**US Trustee**
ustp.region18.bs.ecf@usdoj.gov

      AND, I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, Postage Prepaid:

| | |
|---|---|
| Jeffrey Lewis Wetherholt<br>Dawn Marie Wetherholt<br>c/o Derek Clark<br>Boise Premier Real Estate<br>13827 W. Meadowdale St.<br>Boise, Idaho 83713 | See attached matrix |

/s/ Timothy R. Kurtz
Chapter 7 Bankruptcy Trustee

**MOTION FOR APPROVAL OF SALE OF REAL PROPERTY PURSUANT TO SECTION 363(b) AND APPLICATION FOR COMPENSATION OF REALTOR - 5**